**In re: LTV STEEL COMPANY, INC.,**
A New Jersey Corporation, et al.,
Debtor.

**Oil States International, Inc.;**
**Oil States Industries,**
**Inc., Appellants,**

v.

**LTV Corporation, et al., Appellees.**

Nos. 06–4560, 06–4565, 06–4567.

United States Court of Appeals,
Sixth Circuit.

Nov. 1, 2007.

Before: SILER, COOK and GRIFFIN, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's order granting summary judgment for Appellees. After reviewing the record, the parties' briefs, the applicable law, and having had the benefit of oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.